WALTER REBENFELD, RESPONDENT, v. JOSEPH FRIED-
BERG, APPELLANT.

Argued May 26, 1925—Decided September 29, 1925.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 93.

For the appellant, *Cole & Cole.*

For the respondent, *Louis M. Mallin.*

PER CURIAM.

The judgment appealed from will be affirmed, for the
reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH,
BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN
BUSKIRK, McGLENNON, KAYS, JJ.  11.

*For reversal*—None.